In the Matter of Acquiring Title by the City of New York, etc., East Williston Avenue, Floral Park, Queens County, etc., for a School Site. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Judicial Settlement of the Account of William Conlin, as Committee of the Estate of James Conlin, etc.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Application of the Queens County Bar Association to Discipline an Attorney. Edward Flander, Respondent.— Matter referred to Hon. Edward B. Thomas, official referee, to take proof thereon and report, with his opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

Jacob Kapossky, Respondent, v. William T. Berry and Others, Individually and as Copartners, etc., Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

Vincenti Malinowski, Respondent, v. Booth & Company, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

Metropolitan Trust Company of the City of New York, Respondent, v. Richard L. Edwards, Jr., and Another, Appellants, Impleaded with Others, Defendants.— The order as entered conforms to the decision of this court. On the appellants' application for additional time, we direct that the appeal be perfected, the printed papers to be filed on or before March 16, 1925, and the appeal to be brought on for argument peremptorily on Monday, April 6, 1925. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

Vincento Monteiro, Respondent, v. St. Just Steamship Company, Ltd., Appellant.— Motions for stay, for leave to intervene as amicus curiæ, and for leave to appeal to the Court of Appeals, denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

James Wilson, Respondent, v. Lillian Wilson and Another, Appellants.— Motion for reargument granted, and case set down for Monday, March 9, 1925. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

George Gray Zabriskie, as Trustee in Bankruptcy, etc., Appellant, v. Marguerite T. Hooven and Others, Defendants, Impleaded with Chauncey B. Griffin and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

John Byrne and Another, Copartners, etc., Respondents, v. Gladys Watson Ziegler and Others, as Executors, etc., of J. Curry Watson, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.